**Order filed June 26, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00175-CR

———————

**JESSE PHILLIP OCHOA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 2165174**

---

## ORDER

The reporter's record in this case was due May 18, 2018. *See* Tex. R. App. P. 35.1. On May 18, 2018, this court granted the court reporter's request for an extension up to June 18, 2018. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Vanessa C. Owens, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be

entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Vanessa C. Owens does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM